ESTHER FERN CHISLEE, APPELLANT, v. VIRGINIA SMITH, RESPONDENT.

No. 6667

March 14, 1972                    494 P.2d 282

*Melvin Schaengold,* of Reno, for Appellant.

*Echeverria and Osborne Chartered, John T. Coffin,* and *Dennis J. Healy, Jr.,* of Reno, for Respondent.

## OPINION

*Per Curiam:*

We have reviewed the scanty record presented in this case, and we find no merit to this appeal. The remittitur shall issue forthwith.